UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORVEL JOSEPH LASSERE III                                CIVIL ACTION

VERSUS                                                   NO. 24-1393

ST. JOHN THE BAPTIST PARISH                              SECTION "I"(4)
SHERIFF OFFICE, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the objection[2] by plaintiff, Norvel Joseph Lassere, III, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Partial Motion to Dismiss[3] filed by defendants Sheriff Michael Tregre, the St. John the Baptist Parish Sheriff's Office, and the Lt. Sherman Walker Correctional Facility is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff Norvel Joseph Lassere, III's 42 U.S.C. § 1983 claims against defendants Sheriff Michael Tregre, the St. John the Baptist Parish Sheriff's Office, and the Lt. Sherman Walker Correctional Facility are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 30th day of July, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

1 Rec. Doc. No. 10
2 Rec. Doc. No. 11
3 Rec. Doc. No. 3