UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORVEL JOSEPH LASSERE III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1393** |
| **ST. JOHN THE BAPTIST PARISH SHERIFF OFFICE, ET AL.** | **SECTION "I"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Norvel Joseph Lassere, III's 42 U.S.C. § 1983 claims against defendant Warden Sharon Sealy be **DISMISSED WITH PREJUDICE** for his failure to timely serve summons in accordance with Fed. R. Civ. P. 4(m) and for his failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b).

New Orleans, Louisiana, this 13th day of November, 2024.

                                                  **LANCE M. AFRICK**
                                      **UNITED STATES DISTRICT JUDGE**